IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA JOE FLEENOR,

        Plaintiff,

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Civil Case No. 3:11-CV-01326-MA

ORDER AWARDING FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $8,500 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).. No costs or expenses are awarded.

It is further ORDERED that the balance of EAJA fees remaining after any Treasury offset shall be issued in a check payable to Plaintiff and mailed to Plaintiff's counsel at the following address: Phyllis Burke, 3800 NE Sandy Blvd., Ste. 226, Portland, OR 97232.

IT IS SO ORDERED this __1__ day of __May__, 2013.

                                                                       _/s/ Malcolm F. Marsh_
                                                                         United States District Court Judge

ORDER