IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA JOE FLEENOR,

    Plaintiff,

Civil Case No. 3:11-CV-01326-MA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

ORDER AWARDING FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $8,500 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).. No costs or expenses are awarded.

It is further ORDERED that the balance of EAJA fees remaining after any Treasury offset shall be issued in a check payable to Plaintiff and mailed to Plaintiff's counsel at the following address: Phyllis Burke, 3800 NE Sandy Blvd., Ste. 226, Portland, OR 97232.

IT IS SO ORDERED this __1__ day of May, 2013.

                                                       _/s/ Malcolm F. Marsh_
                                                   United States District Court Judge

ORDER